UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAP KRAY,

    Petitioner,

    v.

BELINDA STEWART, *et al.*,

    Respondents .

Case No.  C06-5521RBL/KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

(2)    Petitioner's application to proceed *in forma pauperis* is DENIED; and

(3)    the Clerk is directed to send directed to send copies of this Order to Petitioner.

DATED this 6th day of November, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1