UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAP KRAY,

    Plaintiff,

v.

BELINDA STEWART,

    Defendant.

Case No. C06-5521 RBL/KLS

ORDER EXTENDING RESPONDENT'S TIME TO FILE AN ANSWER TO HABEAS CORPUS PETITION

    This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Before the court is Respondent's motion for an extension of time to file an answer to the habeas corpus petition. (Dkt. # 13).[1] Respondent requests a thirty day extension of time due to counsel's schedule and the detailed analysis and research of the voluminous trial proceedings required in this case. Petitioner has not objected to Respondent's request for an extension.

    Accordingly, Respondent's Motion for Extension of Time to File an Answer to the Habeas Corpus Petition (Dkt. # 13) is **GRANTED** and Respondent's answer to the petition shall be due on or before March 16, 2007. Upon receipt of the answer the Clerk will note the matter for consideration

---

[1] Respondent filed her motion on February 8, 2007, but did not note it for the court's consideration until March 9, 2007.

ORDER
Page - 1

on the fourth Friday after the answer is filed.  Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this  14th   day of March, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge