HON. RONALD B. LEIGHTON/
HON. KAREN L. STROMBOM

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SAP KRAY, | ) |
| | ) |
| Petitioner, | ) No. C06-5521RBL/KLS |
| v. | ) |
| | ) ORDER RENOTING |
| BELINDA STEWART, Superintendent | ) PETITION AND EXTENDING TIME |
| of Stafford Creek Correctional Center; and | ) FOR RESPONSE |
| ROB McKENNA, Attorney General of the | ) |
| State of Washington, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

By agreement of the parties, it is hereby ordered that the time for filing the Petitioner's Response to the Petition is hereby extended to April 30, 2007. Respondent's Reply Brief may be filed by May 3, 2007. The Clerk shall note the matter for consideration on May 4, 2007.

Dated this 30th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

MacDONALD HOAGUE & BAYLESS

By /s/ Timothy K. Ford
     Timothy K. Ford, WSBA #5986
   Attorneys for Petitioner

ATTORNEY GENERAL OF WASHINGTON

By /s/ Alex A. Kostin by telephone authorization
     Alex A. Kostin, WSBA #29115
Attorneys for Respondent

ORDER RENOTING PET. & EXTENDING TIME