1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAP KRAY,

        Petitioner,

    v.

BELINDA STEWART, *et al.,*

        Respondents.

Case No. C06-5521 RBL/KLS

ORDER DIRECTING RESPONSE TO PETITIONER'S MOTION FOR PRODUCTION OF ENTIRE STATE COURT RECORD

      This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Petitioner has filed his Reply, Traverse and Motions (Dkt. # 19). Petitioner moves the Court for an evidentiary hearing, appointment of counsel, appointment of expert witnesses, discovery and production of the entire state court record. (*Id.*). Petitioner submits that the partial record brought forward by the Respondent (Dkt. # 15) does not include all of the trial evidence necessary to the Court's determination of the constitutional errors raised in his habeas petition. Specifically, Petitioner argues that all of the trial testimony, dispatch tapes, and Exhibits 350, 550, 578-581, 633, 634, and 635 are required. Petitioner also requests that the remainder of the record be produced at the expense of the Respondent.

      Respondent is directed to file a response to Petitioner's motion, specifically addressing the need for the exhibits, remaining portions of the state court record, and cost of production.

ORDER
Page - 1

Respondents shall file a response on or before **June 15, 2007**.  Petitioner may file a reply on or before **June 29, 2007**.[1]

DATED this  23rd   day of May, 2007.

Karen L. Strombom
United States Magistrate Judge

---

[1] The Court shall defer ruling on Plaintiff's remaining motions until it has determined the necessity of an evidentiary hearing.

ORDER
Page - 2