# United States District Court

WESTERN DISTRICT OF WASHINGTON

SAP KRAY

        v.

BELINDA STEWART, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5521RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation to the extent it is not inconsistent with this Order;

2. Petitioner's application for a writ of habeas corpus [Dkt. #1] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

3. The Court hereby issues a certificate of appealability as to all issues raised in the Petition, 28 U.S.C. § 2253(c)(2).


|  August 4, 2008  | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |