HON. RONALD B. LEIGHTON/
HON. KAREN L. STROMBOM

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SAP KRAY,<br><br>             Petitioner,<br><br>  v.<br><br>BELINDA STEWART, Superintendent of Stafford Creek Correctional Center; and ROB McKENNA, Attorney General of the State of Washington,<br><br>             Respondents. | No. C06-5521 RBL/KLS<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner Sap Kray is hereby authorized to proceed with his appeal of this Court's final Judgment and Orders without prepayment of appellate filing fees.

    DATED this 12th day of September, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

MacDONALD HOAGUE & BAYLESS

By  /s/ Timothy K. Ford
    Timothy K. Ford, WSBA #5986
  Attorneys for Petitioner

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* - 1

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961